IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA      )
                              )      Criminal Case No. 7:15-cr-00090-1
v.                            )
                              )      By: Elizabeth K. Dillon
ANTHONY D. IAFORNARO,         )      United States District Judge
        Petitioner.           )

**MEMORANDUM OPINION**

Anthony D. Iafornaro, a federal inmate proceeding *pro se*, filed a letter (Dkt. No. 46) and a

motion (Dkt. No. 47) which the court construed, in part, as motion as a motion to vacate, set aside,

or correct sentence pursuant to 28 U.S.C. § 2255.  By order entered February 27, 2017 (Dkt. No. 49),

the court denied the motion to the extent it sought a sentence reduction and directed Iafornaro to

either object to the court's intended construction or submit a completed § 2255 motion form within

ten days.  The court advised Iafornaro that failure to comply with the court's order would result in

dismissal of the § 2255 action without prejudice.  The allotted time has passed, and Iafornaro has

filed no response.  Accordingly, the court will dismiss Iafornaro's § 2255 motion without prejudice.

Entered: April 5, 2017.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
United States District Judge