IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 7:15-cr-00090-1 |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| ANTHONY D. IAFORNARO, ) | United States District Judge |
|     Petitioner. ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Iafornaro's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 48) is DISMISSED without prejudice and this action is STRICKEN from the active docket of the court.

The Clerk shall send a copy of this order to Iafornaro.

Entered: April 5, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge